**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA INC., et al., | § | |
|    Plaintiffs, | § | |
| | § | Case No. 2:16-cv-00862-RWS |
| v. | § | LEAD CASE |
| | § | |
| NETSUITE, INC., | § | |
| NUTANIX, INC., | § | Case No. 2:16-cv-01193-RWS |
|    Defendants. | | |

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT NUTANIX, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

On this day, the Court considered Uniloc USA, Inc. and Uniloc Luxembourg, S.A.'s (collectively "Uniloc") Notice of Dismissal Without Prejudice of Defendant, Nutanix, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Docket No. 119.

In light of the Notice of Dismissal, it is hereby **ORDERED** that Uniloc's action against Defendant, Nutanix, Inc., has been **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs, attorneys' fees, and expenses. All pending motions as between Uniloc and Nutanix, Inc., are hereby **DENIED AS MOOT.**

**So ORDERED and SIGNED this 29th day of September, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE